UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**R. JAY HARPLEY,**

    **Appellant,**

v.                                                      **Case No. 8:06-cv-1455-T-30EAJ**

**DANIEL JOSEPH FENUS,**

    **Appellee.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Motion to Dismiss Appeal (Dkt. #4). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     Said Motion (Dkt. #4) is GRANTED.

2.     This cause is dismissed.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2006.

                                                            JAMES S. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1455.dismissal 4.wpd